**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re:

| | | |
|---|---|---|
| Juan M. Diaz and | ) | Case No.:   16-13209 |
| Belkis M. Diaz | ) | Chapter 13 |
| | ) | Judge:   Jacqueline P Cox |
| | ) | |
| Debtors. | ) | |

**NOTICE OF MOTION**

To:   -Tom Vaughn, 55 East Monroe Street, Suite 3850, Chicago, IL 60604 via ECF system
- Barclays Bank Delaware, 125 S. West Street, Wilmington, DE  19801
-CAPITAL ONE, PO BOX 30285, Salt Lake City, UT  84130
-Cavalry Portfolio Service, 500 Summit Lake Drive 400, Valhalla, NY  10595
-Chrysler Capital, PO Box 961275, Fort Worth, TX  76161
-ComEd, PO Box 805379, Chicago, IL  60680
-Continental Finance Company, LLC, 250 E. 49th Street, New York, NY  10017
-Credit One Bank, PO Box 98873, Las Vegas, NV  89193
-Fingerhut, PO Box 166, Newark, NJ  07101
-FIRST PREMIER BANK, 601 S MINNESOTA AVE., Sioux Falls, SD  57104
-First Savings Credit Card, 500 E. 60th Street N., Sioux Falls, SD  57104
-HSBC BANK NEVADA N.A., 1111 N TOWN CENTER DR., Las Vegas, NV  89144
-Insight, PO Box 190245, Birmingham, AL  35219
-Lowe's, P.O. box 530914, Atlanta, GA  30353
-LVNV Funding, PO Box 10584, Greenville, SC  29603
-MERRICK BANK CORPORATION, PO BOX 9201, Old Bethpage, NY  11804
-Midland Funding LLC, 2365 Northside Drive, Suite 300, San Diego, CA  92108
-Nicor Gas, P O Box 5407, Carol Stream, IL  60197
-Radiant Cash, PO Box 1183, Lac Du Flambeau, WI  54538
-Seterus, PO Box 2206, Grand Rapids, MI  49501
-Spot Loan,PO Box 927, Palatine, IL  60078
-Springleaf Financial Service of Illinois, Inc., 1409 W. Lake Street, Addison, IL  60101
-Sprint, PO Box 4191, Carol Stream, IL  60197
-Verve, PO BOX 3046, Oshkosh, WI  54903
-Webbank, 215 South State Street, Suite 1000, Salt Lake City, UT  84111

**PLEASE TAKE NOTICE** that on March 19, 2018 at the hour of 9:00 A.M. or as soon thereafter as counsel may be heard, we shall appear before Judge Jacqueline P. Cox in courtroom 680 at 219 South Dearborn Street, Chicago, IL 60604, or any other judge sitting in such judges place and stead, and shall then and there present the attached **MOTION MODIFY**

**CONFIRMED PLAN**, a copy of which is hereby served upon you.  You may appear if you so choose.

        Jeff Whitehead, Attorney no. 6280034
        LAW OFFICES OF JEFF WHITEHEAD
        700 West Van Buren, Suite 1506
        Chicago, Illinois 60607
        (312) 648-0473 phone

## CERTIFICATE OF SERVICE

 I, Jeff Whitehead, the undersigned attorney, hereby state that pursuant to Section II, B, 4 of the Administrative Procedures for the Case Management/Electronic Case Filing System, I caused a true and correct copy of the foregoing Notice of Motion and Motion to be served on all persons set forth on the attached Service List by mailing a copy of the same in an envelope properly addressed and with postage fully prepaid and by depositing the same in the U.S. Mail from my offices located at 700 West Van Buren, Suite 1506, Chicago, IL 60607 on February 20, 2018.

        _/s/ Jeff Whitehead_____
        Jeff Whitehead

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re:

| | | |
|---|---|---|
| Juan M. Diaz and | ) | Case No.:   16-13209 |
| Belkis M. Diaz | ) | Chapter 13 |
| | ) | Judge:   Jacqueline P Cox |
| | ) | |
| Debtors. | ) | |

NOW COME the Debtors, by their counsel, Jeff Whitehead, and moves this Honorable Court for the entry of an order authorizing the Debtor to modify their confirmed plan. In support thereof the Debtor states as follows:

1. On April 19, 2016 the Debtors filed a petition for relief under Chapter 13.
2. On August 15, 2016, this Court confirmed the Debtors' chapter 13 plan. Under the plan, general unsecured creditors are to receive 12% of their allowed claims.
3. The confirmed Chapter 13 Plan requires that the Debtors make plan payments to the Chapter 13 Trustee in the amount of $977.00 on a monthly basis for a term of approximately 60 months.
4. The Debtors has not converted the Chapter 13 case from a Chapter 7 case.
5. The Debtors' 2003 Honda Pilot is no longer in operating condition. The Debtors wish to surrender this vehicle to secured lender Springleaf Financial Services.
6. The Debtor has another car that he is using for transportation to and from work.

WHEREFORE, the Debtor prays for an Order permitting the Debtor to surrender her 2003 Honda Pilot.

Respectfully Submitted,   /s/ Jeff Whitehead

Jeff Whitehead, Attorney no. 6280034
700 West Van Buren, Suite 1506
Chicago, Illinois 60607
(312) 648-0473 phone
(312) 276-8759 fax